IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD E. CARMONY,

    Petitioner,               No. CIV S-03-0927 DFL JFM P

    vs.

MELVIN HUNTER, et al.,

    Respondents.            ORDER

_____/

    Petitioner has requested an extension of time to file and serve objections to the December 20, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 8, 2007 request for an extension of time is granted; and

    2. Petitioner shall file and serve objections to the December 20, 2006 findings and recommendations within thirty days from the date of this order. Further extensions of this deadline will not be granted.

DATED: January 16, 2007.

                                UNITED STATES MAGISTRATE JUDGE

/mp
carm0927.111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26