**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAROLD E. CARMONY,　　Petitioner,　vs.　MELVIN HUNTER, et al.,　　Respondent. | No. 2:03-CV-0927-RRB-JFM P　**ORDER** |

　　　　Petitioner Harold E. Carmony ("Petitioner") a state prisoner proceeding pro se, has timely filed a Notice of Appeal (Docket 46) of this Court's October 1, 2007, denial of his Application for a Writ of Habeas Corpus. Before Petitioner can appeal this decision, a Certificate of Appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

　　　　A Certificate of Appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court must either issue a Certificate of Appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

ORDER DENYING PETITIONER'S REQUEST FOR COA - 1
2:03-CV-0927-RRB-JFM P

For the reasons set forth in the magistrate judge's December 20, 2006, Findings and Recommendations, at Docket 37, Petitioner has <u>not</u> made a substantial showing of the denial of a constitutional right. Accordingly, a Certificate of Appealability should <u>not</u> issue in this action.

**IT IS SO ORDERED**.

**ENTERED** this 14th day of March, 2008.

//s//
_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S REQUEST FOR COA - 2
2:03-CV-0927-RRB-JFM P